NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

————————

**GERALDINE J. NIKRASCH,**
*Petitioner,*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

————————

2013-3007

————————

Petition for review of the Merit Systems Protection Board in No. CH0353120242-I-1.

————————

**ON MOTION**

————————

Before NEWMAN, LOURIE, and REYNA, *Circuit Judges.*

PER CURIAM.

**O R D E R**

Geraldine J. Nikrasch moves for reconsideration of this court's March 4, 2013 order dismissing this petition for review.

Upon consideration thereof,

GERALDINE NIKRASCH v. USPS                                          2

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

/s/ Daniel O'Toole
Daniel O'Toole
Clerk

s25